IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AQUILLA ANNA MANS,

    Plaintiff,

vs.                              Case No. 1:11cv156-SPM/WCS

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    Pending is Plaintiff's *pro se* complaint for judicial review of the adverse administrative decision of the defendant, doc. 1.  Leave to proceed in forma pauperis was granted in this court's order entered August 23, 2011, doc. 4,  and the Plaintiff was directed to submit a copy of the final decision of the Appeals Council by September 20, 2011.  Because Plaintiff failed to comply with that order, this court entered another order on October 3, 2011, giving her one final brief extension to October 17, 2011, to comply with the August 23, 2011 order.  To date, no response has been received from the Plaintiff.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Plaintiff has failed to comply with an order of the court, this case should now be dismissed without prejudice.

Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for this failure to respond.  Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on October 21, 2011.


s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**