IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AQUILLA ANNA MANS,

    Plaintiff,

v.                                            Case No. 1:11cv156-SPM/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**ORDER**

    This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 6) which recommends that this case be dismissed without prejudice.  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), but no objections were filed.  Upon consideration, I have determined that the Report and Recommendation should be adopted.  Plaintiff has failed to comply with two court orders and failed to prosecute this case, therefore it should be dismissed.

    Accordingly, it is hereby ORDERED as follows:

    1.    The Magistrate Judge's Report and Recommendation (doc. 6) is **adopted** and incorporated by reference into this order; and

2. This case is dismissed without prejudice.

**DONE AND ORDERED** this 28th day of December, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge